**Order filed May 3, 2017**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-17-00122-CR

———————————

**CHRISTOPHER JAMES FIELDER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 21st District Court
Washington County, Texas
Trial Court Cause No. 17316

# ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of State's Exhibit #7.

The exhibit clerk of the 21st District Court is directed to deliver to the Clerk of this court the original of State's Exhibit #7, on or before May 12, 2017. The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit #7, to the clerk of the 21st District Court.

PER CURIAM